IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DEVERE COMPANY, INC.,

    Plaintiff,                                                                      ORDER

    v.                                                                                    14-cv-534-wmc

MICHAEL MCCOLLEY, VER-TECH, INC.
d/b/a VER-TECH LABORATORIES, INC. and
VER-TECH SOLUTIONS AND SERVICE, INC.,

    Defendants.
_____

    The court is in receipt of plaintiff DeVere Company, Inc.'s motion for preliminary injunction.  (Dkt. #3.)  In serving the summons and complaint, plaintiff should also serve this motion and all accompanying materials on defendants.  The court notes that plaintiff's proposed findings of fact are supported only by statements in the complaint, which is in turn verified generally by its CEO.  Subject to challenge, the court will accept these citations as sufficient for general information regarding the company and its operations.  Plaintiff must, however, provide affidavits or verifications by those attesting to personal knowledge with respect to each of the statements of facts at ¶¶ 23, 25-29, 26 and 38-42.  Provided this is done by August 11, 2014, defendants' response to the motion for preliminary injunction is due within 30 days after service of the summons and complaint, motion for preliminary injunction and supporting materials.  Plaintiff also is responsible for providing immediate and actual notice to defendants of this order.

    Entered this 1st day of August, 2014.

                                                       BY THE COURT:
                                                       /s/
                                                       William M. Conley
                                                       District Judge